UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/12/2026

TUREA HUTSON,

                Plaintiff,

        -against-

FUND FOR THE CITY OF NEW YORK d/b/a
CENTER FOR MEASUREMENT JUSTICE and
JENNIFER RANDALL,

                Defendants.

26-CV-03289 (MMG)

**ORDER OF SERVICE**

MARGARET M. GARNETT, United States District Judge:

Plaintiff Turea Hutson, who is appearing *pro se*, brings this action under 29 U.S.C. §§ 701 to 796, 42 U.S.C. §§ 12101 to 12213, N.Y. Exec. Law §§ 290 to 297, and N.Y. City Admin. Code §§ 8-101 to 131, alleging that Defendant Fund for the City of New York and Defendant Jennifer Randall engaged in employment discrimination and retaliation against Plaintiff. By order dated April 24, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without payment of fees. Dkt. No. 5.

### DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013) ); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendant Fund for the City of New York and Defendant Jennifer Randall through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for

Defendants. The Clerk of the Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the summonses are issued, Plaintiff should request an extension for time of service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue summonses for Defendants, complete the USM-285 form with the address for Defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   June 12, 2026
         New York, New York

MARGARET M. GARNETT
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1.      Fund for the City of New York c/o William Rahardjo
        121 Avenue of the Americas, Flr 6
        New York, NY 10013


2.      Jennifer Randall
        121 Avenue of the Americas, Flr 6
        New York, NY 10013